RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AO 91 (Rev. 11/11) Criminal Complaint

JAN 29 2026

DANIEL J. McCOY, CLERK
BY: _____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>JUSTICE HUNTER<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)     26-mj-00019<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 14, 2026__ in the county of __Rapides__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES |

This criminal complaint is based on these facts:

See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
Complainant's signature

Raquel Mobley, SA FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/29/2026

_____
Judge's signature

City and state: Shreveport, Louisiana

Mark L. Hornsby, U.S. Magistrate Judge
Printed name and title