RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB - 4 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTICE HUNTER,<br><br>Defendant | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br><br>1:26-cr-00053-01<br>Judge Doughty<br>Magistrate Judge Hornsby |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### Assaulting, Resisting, or Impeding Certain Officers or Employees
[18 U.S.C. § 111(a)(1)]

On or about January 14, 2026, in the Western District of Louisiana, the defendant,

**JUSTICE HUNTER,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.W., an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States Marshals Service, while D.W. was engaged in and on account of the performance of their official duties, and in the commission of the offense, did make physical contact with D.W., and did inflict bodily injury upon D.W., all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b). [18 U.S.C. §§ 111(a)(1) and 111(b)].

A TRUE BILL:

**REDACTED**
GRAND JURY FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
DANIEL J. VERMAELEN
ASSISTANT UNITED STATES ATTORNEY

1