**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened at **4:15 p.m.** on Wednesday, February 4, 2026, and adjourned at **4:30 p.m.**

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder 3
Time in Court: 15 minutes

## GRAND JURY REPORT

  X   Partial Report
  X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:26-cr-00047-01*** | X/WRIT | |
| 1:26-cr-00048-01*** | X/WRIT | |
| 1:26-cr-00053-01* | X | |
| 1:26-cr-00054-01* | X | |
| 1:26-cr-00054-02* | X | |
| 1:26-cr-00054-03* | X | |
| 2:26-cr-00044-01* | X | |
| 5:25-cr-00244-02*/** | X | |
| 5:25-cr-00305-01*/** | X | |
| 5:26-cr-00033-01*** | X/WRIT | |
| 5:26-cr-00037-01* | X | |
| 5:26-cr-00040-01*** | X/WRIT | |
| 5:26-cr-00042-01* | X | |
| 5:26-cr-00046-01*** | X/WRIT | |
| 5:26-cr-00050-01*** | X/WRIT | |
| 5:26-cr-00052-01*** | X/WRIT | |
| 5:26-cr-00052-02*** | X/WRIT | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:26-cr-00036-01 | X | |
| 5:26-cr-00032-01 | X | |
| 5:26-cr-00034-01 | X | |
| 5:26-cr-00035-01 | X | |
| 5:26-cr-00035-02 | X | |
| 5:26-cr-00035-03 | X | |

| | |
|---|---|
| 5:26-cr-00038-01 | X |
| 5:26-cr-00039-01 | X |
| 5:26-cr-00039-02 | X |
| 5:26-cr-00039-03 | X |
| 5:26-cr-00041-01 | X |
| 5:26-cr-00045-01 | X |
| 5:26-cr-00049-01 | X |
| 5:26-cr-00051-01 | X |

__X__ Warrants/summons ordered issued as indicated.
__*__ In Federal Custody
__**__ Superseding Indictment
__***__ State Custody