UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  26-CR-00053-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JUSTICE HUNTER (01)** | **MAGISTRATE JUDGE HORNSBY** |

### ORDER OF RECUSAL

As the undersigned must recuse himself as the Magistrate Judge in this matter, it is hereby **ORDERED** that this matter is transferred to the Chief Judge for assignment.

**THUS DONE AND SIGNED**, this 9th day of February, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE