UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

VERSUS

JUSTICE HUNTER,

Defendant

1:26-CR-00053-01
DISTRICT JUDGE DOUGHTY
MAGISTRATE JUDGE HORNSBY

## ORDER

After considering the Motion to Unseal Indictment filed in the captioned matter,

IT IS HEREBY ORDERED the indictment in this matter be unsealed;

Done and signed on this 11th day of February 2026, in Shreveport, Louisiana.

HON. MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE